**A. L. KAYE, Appellant,**

v.

**BANK OF FAIRBANKS, a Banking Corporation, Appellee.**

**No. 14110.**

United States Court of Appeals,
Ninth Circuit.

Jan. 14, 1955.

George M. McNabb, Jr., Fairbanks, Alaska, for appellant.

Maurice T. Johnson, Fairbanks, Alaska, for appellee.

Before HEALY and BONE, Circuit Judges, and BOLDT, District Judge.

PER CURIAM.

In this cause it appears that judicial proceedings have been had in the court below subsequent to the entry of the judgment, rendering unnecessary a decision of the question presented by the appeal. Accordingly the judgment is vacated and the cause is remanded to the district court for further proceedings herein in light of the situation now existing. Costs of appeal are awarded appellant.

**George FRENCH, Jr., and Mary E. French, Appellants,**

v.

**Harold A. BERLINER, former Collector of Internal Revenue, Appellee.**

**No. 13729.**

United States Court of Appeals,
Ninth Circuit.

Jan. 14, 1955.

Clyde C. Sherwood, John V. Lewis, M. L. Lieberman, San Francisco, Cal., for appellant.

H. Brian Holland, Asst. Atty. Gen., Fred H. Youngman, Ellis N. Slack, Louise Foster, Sp. Assts. to Atty. Gen., Lloyd H. Burke, U. S. Atty., Charles Elmer Collett, San Francisco, Cal., William H. Lally, Asst. U. S. Attys., Sacramento, Cal., for appellee.

Before MATHEWS and ORR, Circuit Judges, and DRIVER, District Judge.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, French v. Smyth, D.C.N.D.Cal., 110 F.Supp. 795, the judgment of the District Court is affirmed.